**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Paul Thatcher,

Plaintiff,

**ORDER**

v.

Brandt Industries, Ltd.,

Civ. No. 01-1945 (PAM/RLE)

Defendant.

---

Based on all of the files, records, and proceedings herein, the Court makes the following order:

1. Defendant's motion to amend the Pretrial Schedule is granted.

2. Plaintiff shall have until August 15, 2002, to disclose the opinions, conclusions and all other disclosures required concerning his expert witnesses.

3. Defendant shall have until September 15, 2002 to disclose the opinions, conclusions, and all other disclosures required concerning its expert witnesses.

4. The parties further agree that expert witness depositions can be taken up to and through October 15, 2002.

5. All other dates and deadlines contained in the Court's Pretrial Schedule shall remain in full force and effect.

**BY THE COURT:**

Dated: July 11, 2002

Raymond L. Erickson

Magistrate Judge Raymond Erickson

FILED JUL 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK J.H.