**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Paul Thatcher,

Plaintiff,

v.

Brandt Industries, Ltd.,

Defendant.

**ORDER**

Civ. No. 01-1945 (PAM/RLE)

---

Based on all of the files, records, and proceedings herein, the Court makes the following order:

1. The parties' motion to amend the Pre-trial Schedule is granted as set forth in the foregoing Stipulated Notice of Motion and Motion to Amend Pre-trial Scheduling Order.

**BY THE COURT:**

Dated: 9/12/02

Raymond L. Erickson
Magistrate Judge Raymond Erickson

12

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK