**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Paul Thatcher,

Plaintiff,

v.

Brandt Industries, Ltd.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Civ. No. 01-1945 (~~PAM~~/RLE)

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys, that the above-entitled action be dismissed with prejudice and on the merits, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

**JOHANNSON, RUST, FAGERLUND, YON & STOCK, P.A.**

Dated: 5/14/03

By ______________________
Charles A. Stock (License # 243632)
Attorneys for Plaintiff
407 North Broadway
P.O. Box 605
Crookston, MN 56716
(218) 281-2400

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 5/16/03

By ______________________
Mark P. Hodkinson (License #159189)
Attorneys for Defendants
33 South Sixth Street, Suite 3550
Minneapolis, Minnesota 55402-3787
(612)333-3000

FILED MAY 1 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 5/19/03

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States District Court

362405.doc